## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:04-CR-512 |
| | § | |
| JAMES PATRICK PHILLIPS, | § | |
| WESLEY C. WALTON, and | § | |
| JAMES BROOKS | § | |

## JOINT OBJECTION

We think this is clear from yesterday's hearing, but out of an abundance of caution, Defendants write to make sure the record shows that we object to yesterday's sentences as unreasonable, substantively and procedurally, and greater than necessary.

Respectfully submitted,

/s/ David Adler
David Adler
6750 West Loop South
Bellaire, Texas 77401
Phone: 713-666-7576
Fax: 713-665-7070

ATTORNEY-IN-CHARGE FOR
JAMES PATRICK PHILLIPS

/s/ David Gerger
David Gerger
State Bar No. 07816360
S.D. Tex. No. 10078
GERGER & CLARKE
1001 Fannin, Suite 1950
Houston, Texas 77002
Phone: 713-224-4400
Fax: 713-224-5153

ATTORNEY-IN-CHARGE FOR
WESLEY WALTON


/s/ Wendell Odom
Wendell Odom
440 Louisiana Street, Suite 800
Houston, Texas 77002
Phone: 713-223-5575
Fax: 713-224-2815

ATTORNEY-IN-CHARGE FOR
JAMES BROOKS


**CERTIFICATE OF SERVICE**

A copy of this pleading was served on all counsel of record the day of filing via electronic mail from the Clerk of Court.


/s/ David Gerger
David Gerger